# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PATRICIA ANN ARPS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. CV-17-722-R |
| DOLLAR TREE INCORPORATED | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

In accordance with the Order entered this 11th day of July, 2017, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 11th day of July, 2017.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE